**Roumen T. GRIGOROV, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–70528.

INS No. A72–153–831.

United States Court of Appeals, Ninth Circuit.

Submitted May 7, 2003.*

Decided May 9, 2003.

Before O'SCANNLAIN, GOULD, Circuit Judges, and BOLTON,** District Judge.

## MEMORANDUM***

Petitioner contends that the BIA abused its discretion by not exercising its *sua*

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Susan R. Bolton, United States District Court Judge for the District of Arizona, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the

*sponte* authority under 8 C.F.R. § 3.2(a) to reopen the deportation proceeding. Because we do not have jurisdiction to review the BIA's refusal to reopen *sua sponte, see Ekimian v. INS,* 303 F.3d 1153, 1159 (9th Cir.2002); *Abassi v. INS,* 305 F.3d 1028, 1033 (9th Cir.2002), the petition is DISMISSED.

* The Hon. Frederick J. Martone, United States District Judge for the District of Arizona, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.